**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**James Louis FERNANDEZ,**
**Defendant–Appellant**

No. 16-50169
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Date Filed: 09/23/2016

---

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. 515 U.S. 347, 115 S.Ct. 2172, 132 L.Ed.2d 314 (1995).

2. *Id.* at 372, 115 S.Ct. 2172.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

James Louis Fernandez, Pro Se.

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent James Louis Fernandez has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Fernandez has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of Fernandez's claim of ineffective assistance of counsel; we therefore decline to consider the claim without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Fernandez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.